PEOPLE V OLIVER, No. 137393. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we reverse the judgment of the Court of Appeals, vacate the sentence of the Genesee Circuit Court, and remand this case to the trial court for resentencing. The trial judge failed to offer any valid explanation justifying why he chose to sentence the defendant to 63 months above the sentencing guidelines maximum of 57 months. *People v Smith*, 482 Mich 292 (2008). On remand, the trial court shall articulate on the record why this level of departure is warranted or resentence the defendant either within the appropriate sentencing guidelines range or articulate on the record why a different level of departure is warranted. Court of Appeals No. 286369.

WEAVER, J. (*dissenting*). I dissent from the order remanding this case to the trial court. Applying the analysis of my partial dissent and partial concurrence in *People v Babcock*, 469 Mich 247, 280-284 (2003), I would affirm the trial court's decision. The trial court satisfied the requirement for "a substantial and compelling reason" for its departure from the sentencing guidelines, and its decision did not venture beyond the range of principled outcomes under the circumstances. See also my dissent in *People v Smith*, 482 Mich 292, 325-329 (2008).

PEOPLE V WHITAKER, No. 137554. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we reverse in part the judgment of the Court of Appeals and remand this case to the Wayne Circuit Court for a hearing at which Stephanie McClung may be examined and cross-examined to determine whether her testimony supports the defendant's alibi defense. The Wayne Circuit Court shall order a new trial unless it finds that McClung's absence from the first trial was harmless beyond a reasonable doubt. *People v Anderson*, 446 Mich 392, 405-406 (1994). The prosecuting attorney shall provide to the defendant, or defense counsel, upon request, reasonable assistance, including investigative assistance, as may be necessary to locate, serve process upon, and compel the attendance of Stephanie McClung at the hearing. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court. Court of Appeals No. 278828.